# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KEON L. JEFFERSON, | Case No. 1:16-cv-00359-SAB-PC |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM, FAILURE TO COMPLY WITH A COURT ORDER, AND FAILURE TO PROSECUTE |
| v. | |
| J. KATAVICH, et al., | |
| Defendants. | (ECF No. 10) |
| | **FOURTEEN (14) DAY DEADLINE** |

Plaintiff Keon L. Jefferson is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). (ECF No. 4.)

On September 12, 2017, the Court screened and dismissed Plaintiff's second amended complaint for failure to state a claim upon which relief could be granted. (ECF No. 10.) Plaintiff was directed to file a third amended complaint within thirty days from the date of service of that order. (Id. at 7-8.) More than thirty days have passed, and Plaintiff has not complied with the Court's order or otherwise communicated with the Court.

Accordingly, IT IS HEREBY ORDERED that within **fourteen (14) days** of the date of service of this order, Plaintiff shall show cause in writing as to why this action should not be

1

dismissed for Plaintiff's failure to comply with the September 12, 2017 order. In the alternative, Plaintiff may comply with this order by filing a third amended complaint or notice of voluntary dismissal of this case within fourteen (14) days of the date of service of this order. **<u>Plaintiff is warned that the failure to timely comply with this order will result in the dismissal of this action</u>**.

IT IS SO ORDERED.

Dated: __**October 24, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE