# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEON L. JEFFERSON, SR. | Case No. 1:16-cv-00359-SAB-PC |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF Nos. 11, 12.) |
| DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff Keon L. Jefferson is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). (ECF No. 4.)

On October 24, 2017, the Court issued an order to show cause why this action should not be dismissed for Plaintiff's failure to state a claim, failure to comply with a court order, and failure to prosecute, when Plaintiff failed to respond to or comply with the Court's September 12, 2017 screening order. (ECF No. 11.) Plaintiff was ordered to show cause in writing, or to file a third amended complaint or notice of voluntary dismissal within fourteen (14) days of the date of service of the order to show cause.

On November 8, 2017, Plaintiff filed a third amended complaint. (ECF No. 12.) Therefore, Plaintiff has complied, albeit belatedly, with the Court's prior order.

1

Accordingly, it is HEREBY ORDERED that the order to show cause is discharged based on Plaintiff's filing of an amended complaint. Plaintiff's third amended complaint shall be screened in due course.

IT IS SO ORDERED.

Dated: __**November 9, 2017**__

UNITED STATES MAGISTRATE JUDGE